[Dkt. No. 25]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| KELI HUNTER,<br><br>Plaintiff,<br><br>    v.<br><br>BETTER SPEECH AND FEEDING CENTER, INC.; and<br>SPEECH PATH SERVICES, LLC; and<br>MELISSA MILES, as the Corporate Alter Ego<br><br>Defendants. | Civil Action<br>No. 18-cv-10556 (RMB/JS)<br><br>ORDER |

**BUMB**, District Judge

   **THIS MATTER** comes before the Court upon Plaintiff Keli Hunter's Motion for Default Judgment [Dkt. No. 25]; and

   For the reasons set forth in the accompanying Opinion of the same date,

   **IT IS** on this **5th** day of **MARCH** 2021, hereby

   **ORDERED** that Plaintiff Keli Hunter's Motion for Default Judgment is **GRANTED** as to Defendants Speech Path Services, Inc., and Melissa Miles in the amount of $9,210.00; and it is further

   **ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED** without prejudice as to Defendant Better Speech and Feeding Center, Inc.

RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE

1