[Dkt. No. 25]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KELI HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>BETTER SPEECH AND FEEDING CENTER, INC.; and<br>SPEECH PATH SERVICES, LLC; and<br>MELISSA MILES, as the Corporate Alter Ego<br><br>Defendants. | Civil Action<br>No. 18-cv-10556 (RMB/JS)<br><br>OPINION |

**BUMB**, **District Judge**

This matter is before the Court on the Motion for Default Judgment ("Motion") [Dkt. No. 25] filed by Plaintiff Keli Hunter ("Plaintiff") on January 15, 2021. For the reasons set forth below, Plaintiff's Motion will be granted as to Defendants Melissa Miles and Speech Path Services, LLC., but denied without prejudice as to Defendant Better Speech and Feeding Center, Inc.

**Background**

Plaintiff Keli Hunter brings this suit against Defendants Better Speech and Feeding Center, Inc., ("Better Speech"), Speech Path Services, LLC., ("Speech Path"), and Melissa Miles. Plaintiff initially filed a Motion for Default Judgment on January 3, 2020 [Dkt. N. 18]. This Motion was heard before this Court on January 6, 2021, and subsequently denied without

1

prejudice [Dkt. No. 24]. The reasons this Motion was denied were threefold: First, Plaintiff failed to properly serve Better Speech as she failed to serve Melissa Miles in her capacity as Director of Better Speech, per Judge Schneider's Order on May 8, 2019 [Dkt. No. 12, page 5]. Second, Plaintiff did not provide sufficient evidence of Speech Path's business relationship with Miles or Better Speech. Third, Plaintiff did not provide sufficient evidence of Defendant Miles' personal liability. Since two of these issues have been corrected, default judgment is warranted as to Defendants Speech Path and Melissa Miles.

**Default Judgment as to Speech Path**

Service of process was effected as to Defendant Speech Path on August 31, 2018 [Dkt. No. 9]. At no point in this case did Defendant Speech Path enter an appearance. The Court Clerk made an entry of default as to Speech Path on August 22, 2019.

In response to a text order from this Court on February 18, 2021, Plaintiff submitted a supplemental affidavit of information on February 22, 2021. This affidavit contained four pay stubs detailing checks issued from Defendant Better Speech to Plaintiff. While Speech Path was not listed as the employer on these checks, Plaintiff offers an explanation in her certification, filed on January 21, 2021, wherein she avers that she knew "she was employed by both companies because I [she]

received paychecks from both companies, depending upon which company had sufficient funds in its bank accounts." [Dkt. No. 25-2, paragraph 2]. Plaintiff also avers that both businesses operated from the same physical location. Id. at paragraph 5. In light of this sworn evidence, this Court will grant default judgment as to Defendant Speech Path.

**Default Judgment as to Melissa Miles**

Defendant Melissa Miles was served on April 6, 2019 [Dkt. No. 11]. At no point did Melissa Miles enter an appearance in this case. The Court Clerk made an entry of default as to Melissa Miles on August 22, 2019.

Based upon the brief in Support of Plaintiff filed on January 15, 2021, this Court is satisfied as to Defendant Melissa Miles' individual liability in this case [Dkt. No. 25-3]. The Court will therefore grant default judgment as to Defendant Melissa Miles.

**Denial of Default Judgment as to Better Speech**

This Court will deny default judgment as to Defendant Better Speech. Better Speech was never properly served, and Plaintiff did not request an entry of default judgment as to Better Speech in the certification filed on January 15, 2021 [Dkt. No. 25-2, paragraph 11]. "Plaintiff requests this Court

3

proceed with entering a default judgment against Defendants, Speech Path Services, LLC and Melissa Miles and scheduling a hearing to determine the amount of said judgment." Due to these facts, default judgment will be denied as to Defendant Better Speech.

**Damages**

The damages requested by Plaintiff have differed and changed throughout her several filings to the Court. As best this Court can determine, Plaintiff has submitted evidence that she is owed $4,605.00 in unpaid wages. Pursuant to 29 U.S.C. § 216, Plaintiff is entitled to liquidated damages equal to the amount of her unpaid wages, doubling the calculated amount. Accordingly, the Court will enter judgment in the amount of $9,210.00.[1]

THEREFORE,

IT IS HEREBY on this 5th day of March, 2021,

**ORDERED** that for the foregoing reasons, the Motion for Default Judgment is granted as to Defendants Speech Path and

---

[1] Because Plaintiff did not seek an award of attorney's fees in her latest submission on February 22, 2021 [Dkt. No. 27], the Court assumes she has abandoned such request. Even if Plaintiff were seeking the full amount of fees she has incurred, the Court will have to address the reasonableness of such fees.

Melissa Miles. Default Judgment is denied as to Better Speech. The Court will enter judgment in the amount of $9,210.00, and an accompanying Order shall follow.

*[signature]*
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE